

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2021

No. 04-21-00163-CV

**IN RE INTERVENTIONAL PAIN MANAGEMENT, P.A.**
**ON BEHALF OF TRACY HACK,**
Relator

Original Mandamus Proceeding

# O R D E R

Relator has filed a petition seeking a writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. See Tex. R. App. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **May 28, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4 and should specifically address whether relator's conditional request for an abatement is opposed.

It is so **ORDERED** on May 13, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court